# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, et al., <br>   Plaintiffs, <br><br> v. <br><br> LIBERTY UTILITIES (CALPECO ELECTRIC) LLC, et al. <br>   Defendants. | CV 21-4480 DSF (AFMx) <br><br> Order REMANDING Case |

  In light of the dismissal of the case prior to removal, the case is REMANDED to the Superior Court of California, County of Los Angeles.

  IT IS SO ORDERED.

Date: June 11, 2021

                 Dale S. Fischer
                 United States District Judge